**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JENNIFER BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 2:24-cv-00049-HEA |
| v. | ) | |
| | ) | |
| CONAGRA FOODS PACKAGED | ) | |
| FOODS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF RESOLUTION

The parties hereby notify the Court that they have tentatively resolved the above-captioned matter.  The parties anticipate filing with the Court a Stipulation of Dismissal with Prejudice within the next 45 days.

Respectfully submitted,

/s/ Daniel L. Doyle
Daniel L. Doyle, MO Bar No. 37305
John F. Doyle, MO Bar No. 66626
Brittany K. Ussery, MO Bar No. 76098
DOYLE & BRUCE LLC
Kansas City, KS  66101
(913) 543-8558
(913) 543-3888  Facsimile
Dan@KCLaw.com
john@kclaw.com
Brittany@KCLaw.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Jessica L. Liss
Jessica L. Liss, #51331
JACKSON LEWIS P.C.
1 N. Brentwood Blvd, Suite 1150
St. Louis, MO  63105
Telephone: (314) 827-3939
jessica.liss@jacksonlewis.com

Lauren H. Beck, #72724MO
JACKSON LEWIS P.C.
7101 College Blvd., Suite 1200
Overland Park, KS  66210
Telephone: (913) 982-5749
lauren.beck@jacksonlewis.com

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2025, a true and accurate copy of the foregoing was filed electronically via the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

John F. Doyle, MO Bar No. 66626
Brittany Ussery, MO Bar No. 76098
Daniel L. Doyle, MO Bar No. 37305
DOYLE & BRUCE LLC
748 Ann Ave.
Kansas City, KS 66101
Telephone: (913) 543-8558
Facsimile: (913) 543-3888
john@kclaw.com
brittany@kclaw.com
dan@kclaw.com
***Attorneys for Plaintiff***

                                                    /s/ *Jessica L. Liss*
                                                    AN ATTORNEY FOR DEFENDANT

4927-5462-8181, v. 1